IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN L. HAMILTON, JR.
ADC #122039                                                                               PLAINTIFF

v.                              No. 4:25-cv-1338-DPM

RON DAVIS, Assistance of Counsel;
ELISABETH KANOPSIC, MARY
KATHERINE WYLY, and WILL JONES,
Prosecuting Attorneys; and ERIC
HIGGINS, Sheriff/Administrator                                                     DEFENDANTS

## ORDER

**1.** Hamilton hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 17 February 2026. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Hamilton an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Hamilton will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026