IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN L. HAMILTON, JR.                                    PLAINTIFF
ADC #122039

v.                           No. 4:25-cv-01338-DPM

RON DAVIS, Assistance of Counsel;
ELISABETH KANOPSIC, Prosecuting
Attorney;  MARY KATHERINE WYLY,
Prosecuting Attorney;  WILL JONES,
Prosecuting Attorney;  and ERIC
HIGGINS, Sheriff/Administrator            DEFENDANTS

JUDGMENT

Hamilton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2026